IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID LEE LONG, #204 928          *

    Petitioner,                  *

v.                                *     2:10-CV-533-TMH
                                           [WO]
GARY HETZEL, *et al.*,            *

    Respondents.                 *

_____

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Respondents and against Petitioner and that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

DONE, this 21st day of September, 2010.

                /s/ Truman M. Hobbs

                _____
                TRUMAN M. HOBBS
                SENIOR UNITED STATES DISTRICT JUDGE